UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP**
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
**Attorneys for Defendant Tafary Clervil**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jose L. Linares, U.S.D.J. |
| v. | Criminal No. 11-811 |
| TAFARY CLERVIL, | **CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| Defendant. | **Document Electronically Filed** |

**THIS MATTER** having come before the Court upon the application of the Defendant, Tafary Clervil, by his attorneys, Arseneault, Whipple, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order modifying Defendant's conditions of release, and the United States (Michael H. Robertson, Esq., Assistant United States Attorney) having consented to the application, and the Office of Pretrial Services having consented to the modification, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

**IT IS** on this 21st day of December, 2011 **HEREBY ORDERED** that Defendant Tafary Clervil is hereby permitted to attend religious services on dates and times as approved by the Office of Pretrial Services upon 48 hours notice to them.

**IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**CONSENTED TO:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: _____
Michael H. Robertson, Esq.
Assistant United States Attorney


ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant Tafary Clervil

By: _____
John C. Whipple, Esq.